MORROW DEVELOPMENT CORPORA-
TION, an Oklahoma corporation, and
David Gordon Management, Inc., an
Oklahoma corporation, Appellees,

v.

AMERICAN BANK AND TRUST COM-
PANY, an Oklahoma banking cor-
poration, Appellant.

MORROW DEVELOPMENT CORPORA-
TION, an Oklahoma corporation, and
David Gordon Management, Inc., an
Oklahoma corporation, Petitioners,

v.

The Honorable Ronald SHAFFER, Dis-
trict Judge, Tulsa County, State of
Oklahoma, and American Bank and
Trust Company of Tulsa, Oklahoma, a
state banking corporation, Respon-
dents.

Nos. 77034, 77128.

Supreme Court of Oklahoma.

April 1, 1991.

Rehearing Denied Oct. 1, 1991.

---

ORDER

On the court's own motion, these matters
are consolidated under surviving number
77,034.

Appellees' application to assume original
jurisdiction, and petition for writs of prohi-
bition and mandamus are treated as a
quest for corrective relief ancillary to the
above styled and numbered appeal.  Be-
cause the court has appellate jurisdiction,
an assumption of original jurisdiction is
unnecessary.  The trial court's order of
January 28, 1991, granting a stay of execu-
tion without bond pursuant to Oklahoma
Banking Board Rule IV–19 is vacated.  The
Legislature may not delegate to an admin-
istrative agency the power to amend or
subvert a statute through administrative
rules and regulations.  *Oklahoma Alcohol-
ic Beverage Control Board v. Welch,* 446
P.2d 268 (Okl.1968).  Any stay of enforce-
ment of the judgment from which this ap-
peal is taken must comply with 12 O.S.1990
Supp. § 1007.

All Justices concur.